COGBURN LAW OFFICES
ANDREW L. REMPFER, ESQ.
Nevada Bar No. 8628
alr@cogburnlaw.com
DAVID L. LANGHAIM, ESQ
Nevada Bar No. 12425
dll@cogburnlaw.com
2879 St. Rose Parkway, Suite 200
Henderson, Nevada 89052
Tel: (702) 384-3616
Fax: (702) 943-1936
Attorneys for PLAINTIFF

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL KOIS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NEWAVE, INC., a Nevada corporation; DOES I thru X, inclusive; ROE CORPORATIONS I thru X, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-01453<br><br>**NOTICE OF PLAINTIFF'S REQUEST FOR LOCAL RULE 16-6(b) EARLY NEUTRAL EVALUATION** |

Notice is herby given pursuant to Local Rule 16-6(b) that Plaintiff, Paul Kois ("Kois") files his request that this matter be entered into this Court's Early Neutral Evaluation program as defined by said rule.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.**

INTRODUCTION

Kois first filed his Complaint on August 15, 2012. Most recently, the parties have entered into a Stipulation to extend the time period in which Defendants may file their Answer to said Complaint (#6).

/ / /

/ / /

## II.

## LEGAL ARGUMENT

Pursuant to Local Rule 16(b):

In the event an action is not initially assigned to the Early Neutral Evaluation Program, an action must be assigned to the Program upon the filing by any party of a notice stating that action falls under one or more of the statutes listed in LR 16-(a).

## III.

## CONCLUSION

Based upon the preceding, Kois respectfully requests this Honorable Court grant his request to enter his case in the Early Neutral Evaluation program.

Dated this 28th day of September, 2012.

Respectfully Submitted

By
COGBURN LAW OFFICES
ANDREW L. REMPFER, ESQ.
DAVID L. LANGHAIM, ESQ.

Attorneys for Plaintiff

**IT IS SO ORDERED** this 1st day of October, 2012.

_____
Peggy A. Leen
United States Magistrate Judge

COGBURN LAW OFFICES
2879 St. Rose Pkwy, Suite 200
Henderson, NV 89052
(702) 384-3616 FAX: (702) 943-1936